UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

LORI A. ECKER,

       Plaintiff,                                    Case No.5:05-cv-135

v.                                                          Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 13, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that the Commissioner's decision is REVERSED and REMANDED pursuant to sentence four of Sec. 405(g).  On remand the Commissioner should determine whether plaintiff suffers from a mental impairment and evaluate the limitations by any such impairment.

Dated:                                                                         _____

                                                                             Gordon J. Quist
                                                                              United States District Judge